

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION, ECF REGISTRATION AND CONSENT TO ELECTRONIC SERVICE, PROPOSED ORDER**

UNITED STATES,

Plaintiff(s),

v.

Case No. 2:13-CR-00261-JAM

RAED MOURI and GEORGE BITTAR

Defendant(s).

I, __MARGARET M. STANISH__,

attorney for __RAED MOURI__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | WRIGHT STANISH & WINCKLER |
| Address: | 300 S. Fourth Street |
| | Suite 701 |
| City: | Las Vegas |
| State: | NV        ZIP Code: 89101 |
| Voice Phone: | ( 702 ) 382-4004 |
| FAX Phone: | ( 702 ) 382-4800 |
| Internet E-mail: | MStanish@wswlawlv.com |
| Additional E-mail: | Debbie@wswlawlv.com |
| I reside in City: | Henderson        State: NV |

I was admitted to practice in the ___State of Nevada___ (court) on ___October 4, 1990___ (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: ___Jeffrey Setness___
Firm Name: ___Lewis Brisbois Bisgaard & Smith, LLP___
Address: ___6385 S. Rainbow Boulevard___
___Suite 600___
City: ___Las Vegas___
State: ___NV___  ZIP Code: ___89118___
Voice Phone: ( 702 ) 893-3383
FAX Phone: ( 702 ) 893-3789
E-mail: ___Jsetness@abbslaw.com___

Dated: 9-9-13   Petitioner: /s/ [signature]

**ORDER**

IT IS SO ORDERED.

Dated: 9-10-2013

_____
JUDGE, U.S. DISTRICT COURT

# State Bar of Nevada

## Certificate of Good Standing

**IT IS HEREBY CERTIFIED** that **Margaret M. Stanish**, Bar Number 4057, was admitted by the Supreme Court of the State of Nevada on 10/04/1990 and is an **ACTIVE** member of the State Bar of Nevada in good standing and is duly licensed to practice law as an Attorney and Counselor at Law in all courts of the State of Nevada.

DATED this Monday, August 26, 2013.



*Theresa Freeman*
Theresa Freeman
Member Services
State Bar of Nevada