BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAED MOURI, and<br>GEORGE BITTAR,<br><br>    Defendants. | 2:13-CR-00261-JAM<br><br>JOINT STIPULATION AND ORDER<br>TO AMEND JUDGMENTS |

STIPULATION

1.    The parties stipulate and agree that the judgments in the above captioned case should be amended to carry out the intent of the plea agreements to offset the restitution by any forfeited funds paid to the State of California, Board of Equalization ("BOE"), through the remission and restoration process.

2.    The Judgment in a Criminal Case, dated December 19, 2013, for each defendant ordered that they pay $1,060,417, to the BOE, and that such liability was to be paid jointly and severally with each other and the defendants in eight related cases.  The Asset Forfeiture and Money Laundering Section subsequently approved BOE's petition for remission of the forfeited assets.  Pursuant to that decision, on May 26, 2015, the U.S. Marshals Service paid BOE from the net proceeds of the forfeited assets in the parallel civil cases.  On June 11, 2015, the U.S. Attorney's Office forwarded this payment information to the Clerk of the Court and requested that the restitution amounts for Raed Mouri and George Bittar be credited to satisfy their restitution obligations in full.  Due to administrative difficulties,

however, the Clerk of the Court has not credited defendants' restitution obligations.  To facilitate the credit and satisfaction of restitution, the parties agree that the Judgments should be amended to omit reference to the joint and several liability of the defendants in the related criminal cases.

      3.      The parties, therefore, stipulate that the restitution order on page 6 of each Judgment should omit reference to the related criminal cases and state that Mouri and Bittar, jointly and severally, shall pay $1,060,417 to the BOE.

The parties agree that the total amount of restitution owed by each defendant is correctly stated in their current judgments.

Dated: 11/16/15                               BENJAMIN B. WAGNER
                                                   United States Attorney

                                            By: /s/ Kevin C. Khasigian
                                               MICHAEL D. ANDERSON
                                               KEVIN C. KHASIGIAN
                                               Assistant U.S. Attorneys

Dated: 11/12/15                               /s/ Margaret Stanish
                                               MARGARET STANISH
                                               Attorney for Raed Mouri

Dated: 11/12/15                               /s/ Jeffrey B. Setness
                                               JEFFREY B. SETNESS
                                               Attorney for George Bittar

                                             (Signatures authorized by email)

## ORDER

IT IS HEREBY ORDERED, based upon the stipulation of the parties and good cause appearing, that the restitution order on page 6 of the Judgment in a Criminal Case for each defendant in case number 2:13-CR-00261-JAM shall be amended to omit reference to the related criminal cases and state that Defendants Mouri and Bittar, jointly and severally, shall pay $1,060,417 to the State of California, Board of Equalization.

DATED: 11/16/2015                                  /s/ John A. Mendez_____

                                                                JOHN A. MENDEZ
                                                                United States District Court Judge

3

Joint Stipulation and Order to Amend Judgments