UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE:  Raed  Mouri**<br>Docket Number:  0972 2:13CR00261-001<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Raed  Mouri  is requesting permission to travel to Dominican Republic.  Mr.  Mouri  is currently being supervised by the District of Nevada.  Mr. Mouri is current with all supervision obligations (which includes paying his special assessment and restitution), and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On December 17, 2013, Raed  Mouri  was sentenced for the offense of 18 USC 2342(a) – Trafficking in Contraband Tobacco.

**Sentence Imposed:**  24 months BOP; 36 months TSR; $100 special assessment; $1,060.417 restitution; mandatory testing; and no firearm.  Special Conditions:  1) Submit to search; 2) Not dissipate assets; 3) Financial disclosure; 4) Not open additional lines of credit; and 5) Participate in outpatient mental health treatment.

**Dates and Mode of Travel:**  October 5 – 12, 2016; airline.

**Purpose:**  Employment related, as he wants to visit a number of cigar factories.  His business, MTM Marketing, deals with tobacco products.

**RE:    Raed  Mouri**
 **Docket Number:  0972 2:13CR00261-001**
 **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**

Respectfully submitted,

/s/George A. Vidales
**GEORGE A. VIDALES**
**Supervising United States Probation Officer**

Dated:    09/19/2016
          Sacramento, California

---

## ORDER OF THE COURT

☒       Approved        ☐        Disapproved

**9/20/16**                                            **/s/ John A. Mendez**
**Date**                                               **John A. Mendez**
                                                       **United States District Court Judge**